# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TEEVEE TOONS, INC.,
(d/b/a TVT RECORDS)
        Plaintiff(s),

v.

OVERTURE RECORDS, SCOTT SANTOS,
LAWRENCE SANTOS, and N
NUMBER 6 RECORDS. LLC
        Defendant(s).
                                   /

CASE NUMBER: 05-71243

Honorable Sean F. Cox

## ORDER

The following Motion(s) has been filed with the Court:

**-Plaintiff's Motion to permit Plaintiff to continue marketing, manufacturing, and distributing subject material, filed 11/16/05**

You are hereby notified that, having reviewed the motion(s), the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(e)(2), the Court is dispensing with oral argument.

A written order will be prepared and submitted.

Dated: September 20, 2006

s/Sean F. Cox
Sean F. Cox
United States District Judge

**Copies sent by electronic means or U. S. Mail at the address disclosed on the notice of electronic filing this date to:**
all counsel of record

s/Jennifer Hernandez
Jennifer Hernandez, Case Manager
(313) 234-2653