UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEEVEE TOONS, INC.,
(d/b/a TVT RECORDS),

    Plaintiff,

v.                                              Case No. 05-71243
                                              Hon. Sean F. Cox

OVERTURE RECORDS, SCOTT SANTOS,
LAWRENCE SANTOS, and
NUMBER 6 RECORDS, LLC,

    Defendants.
_____

## ORDER DENYING PLAINTIFF'S MOTION
## TO PERMIT PLAINTIFF TO CONTINUE MARKETING,
## MANUFACTURING, AND DISTRIBUTING SUBJECT MATERIAL

This matter is before the Court on Plaintiff's Motion to permit Plaintiff to continue marketing, manufacturing, and distributing subject material.

In order to rule on Plaintiff's Motion, the Court is required to resolve Defendants' counterclaim. Such relief is properly sought in a Motion for summary judgment filed pursuant to Fed.R.Civ.Pro. 56.

Accordingly, Plaintiff's Motion is **DENIED**.

                                                                     s/ Sean F. Cox
                                                                    SEAN F. COX
DATED: September 20, 2006                            United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEEVEE TOONS, INC.,
(d/b/a TVT RECORDS),

    Plaintiff,

v.                                      Case No. 05-71243
                                      Hon. Sean F. Cox

OVERTURE RECORDS, SCOTT SANTOS,
LAWRENCE SANTOS, and
NUMBER 6 RECORDS, LLC,

    Defendants.
_____

### PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon counsel of record via the

Court's ECF System and/or U. S. Mail on September 20, 2006.


                                                        s/Jennifer Hernandez
                                                        Case Manager to
                                                        District Judge Sean F. Cox